UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 17-193 (JRT/LIB) |
| | ) | |
| v.          Plaintiff, | ) | **ORDER FOR EXTENSION OF TIME** |
| | ) | **TO FILE POSITION PLEADINGS** |
| RICHARD JAMES SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

Deidre Y. Aanstad, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Douglas Olson, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

The Defendant's Motion for Extension of Time is GRANTED.

**IT IS HEREBY ORDERED** that:

Position papers shall be filed by March 23, 2018.

DATED: March 14, 2018                    _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                    JOHN R. TUNHEIM
                                              Chief Judge
                                              United States District Court